Benjamin Warren
12555 Andrew Ln
Molt, MT 59057
Plaintiff

In the United States District Court
For the district of Montana
Billings Division

| Benjamin Warren, Plaintiff | Case #: 1:23-CV-00136-SPW-TJC |
|---|---|
| v. Allstate Fire and Casualty Insurance company | Update ~~to todays~~ re: Document due today. |

I am filing my update regarding the document due today.

I will email this to the defendant's attorney.

Benja[signature] 3/21/24

Benjamin Warren (Plaintiff)
Vs.
Allstate Fire and Causality Insurance Company

Case #: 1:23-cv-00136-SPW-TJC

Dear Judge,

The defendant's attorney and myself were unable to reach an agreement on the "Statement of Stipulated Facts" due today (3/21/24).

Therefore, we have both agreed to wait until our hearing on: March 28, 2024 to determine how best to proceed.

Thank you.

X _____Benjamin Warren_____   Date: 3/21/24